(March 19, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFONSO SPRINGER, Petitioner, v ROBERT HOOKE, as Superintendent of Eastern Correctional Facility, Respondent.—Application, pursuant to CPLR 7002 (b) (2) for writ of habeas corpus denied *(see, People ex rel. Davis v Coombe,* 97 AD2d 667).—Kane, J. P., Main, Yesawich, Jr., Levine and Harvey, JJ., concur.

2   THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND CHEVALIER, Petitioner, v LAWRENCE WELLS, as Superintendent of Albany County Jail, Respondent.—Application, pursuant to CPLR 7002 (b) (2) for writ of habeas corpus denied. Main, J. P., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.